### Linda TROWBRIDGE, Plaintiff-counter-defendant—Appellee,

v.

### Judy TROWBRIDGE, Defendant-counter-claimant—Appellant,

and

### Southern California Operating Engineers Pension Trust Fund, Counter-defendant.

No. 04–55088.

D.C. No. CV–02–08544–ABC.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 20, 2005.

Decided Jan. 6, 2006.

June Adler, Attorney at Law, Granada Hills, CA, for Plaintiff–Counter–Defendant–Appellee.

---

* Daniel M. Friedman, Senior United States Circuit Judge for the Federal Circuit, sitting by designation.

Gary M. Spritz, Law Offices of Gary M. Spritz, Malibu, CA, for Defendant–Counter–Claimant–Appellant.

Before FRIEDMAN,* O'SCANNLAIN, and PAEZ, Circuit Judges.

MEMORANDUM**

Judy Trowbridge, the putative spouse of decedent Charles Trowbridge, appeals the district court's judgment awarding Charles' pension benefits to Linda Trowbridge, his first wife. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

In this appeal, Judy Trowbridge argues that she, not Linda, was entitled to receive all of Charles' pension benefits other than the community property interest that Linda accrued between 1959 and 1965. We disagree and affirm the judgment for the reasons stated in the district court's Amended Findings of Fact and Conclusions of Law After Court Trial, entered November 24, 2003.

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.